IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:03CR107 |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| STEVEN S. BROWN, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum and Order filed on this date,

IT IS ORDERED:

1. Defendant's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (Filing No. 50) is denied.

2. The Clerk is directed to mail a copy of this Memorandum and Order to the Defendant at his last known address.

DATED this 2nd day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge